IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER F. PAUL | |
| Plaintiff, | |
| v. | Civil Action No. 1:07-CV-00279-RCL |
| | Honorable Royce C. Lamberth |
| JUDICIAL WATCH, INC., et al. | |
| Defendants. | |

**CONSENT MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND EXTEND DEADLINE TO REPLY TO PLAINTIFF'S OPPOSITION**

Pursuant to LCvR 7, all parties jointly move this Court for an Order in the form attached to extend the deadline by which Plaintiffs shall oppose the Defendants' motion to dismiss until and including April 16, 2007 and to extend the deadline by which Defendants shall reply to Plaintiffs' opposition until and including May 1, 2007. As grounds for this Motion, the parties state as follows:

1. On March 16, 2007 Defendants electronically filed a Motion to Dismiss Count One as to Defendant Fitton, Count Two as to Defendant Fitton, Counts Three through Six as to all Defendants for failure to state a claim. Pursuant to the Rules, the Deadline for Plaintiff to file his Opposition is March 27, 2007, and the Deadline for Defendants to file their Reply is April 2, 2007.

2. In the spirit of cooperation and professionalism previously exhibited by counsel, Plaintiff requested that Defendants afford him a brief extension of time to oppose Defendants'

316385-1

Motion to Dismiss until and including April 16, 2007. Accordingly, Defendants agreed to consent and requested that Plaintiff consent to extend the deadline for Defendants to reply to Plaintiffs' opposition until and including May 2, 2007. Plaintiff agreed to this request.

     3.     Granting the requested extension of time will permit the parties to fully brief the issues for the Court and the extension will promote fairness and efficiency.

     4.     The requested short extension of time is not for the purpose of delay or to frustrate the ends of justice. Rather, the parties believe that the schedule proposed by this Motion is evidence of counsel working together to implement a fair and efficient process.

     5.     If the Court grants this relief, Plaintiff's Opposition to Defendants' Motion to Dismiss will be due on April 16, 2007, and Defendants reply will be due on May 1, 2007.

WHEREFORE, the parties respectfully request that the Court grant this Motion, extend Plaintiff's deadline for opposing Defendants' Motion to Dismiss, extend Defendants' deadline to reply to Plaintiffs' Opposition, and approve the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss: | April 16, 2007 |
| Deadline for Defendants to Reply: | May 2, 2007 |

Respectfully submitted,

| | |
|---|---|
| s// Daniel J. Dugan | s// Richard W. Driscoll |
| Daniel J. Dugan, Esquire | Richard W. Driscoll, Esquire |
| Spector Gadon & Rosen, P.C. | Driscoll & Seltzer, PLLC |
| 1635 Market Street, 7th Floor | 600 Cameron Street |
| Philadelphia, PA  19103 | Alexandria, Virginia 22314 |
| (215) 241-8888 | (703) 340-1625 |
| *Counsel for Plaintiff Peter F. Paul* | *Counsel for Defendants Judicial Watch, Inc. Thomas J. Fitton, and Paul Orfanedes* |

DATED:  March 19, 2007

**PROOF OF SERVICE**

    I HEREBY CERTIFY that on this 19th day of March, 2007, a copy of the foregoing Consent Motion and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

                                       //s// *Daniel J. Dugan*
                                       _____
                                       Daniel J. Dugan, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                              |   |                                                      |
|------------------------------|---|------------------------------------------------------|
| PETER F. PAUL                |   |                                                      |
| Plaintiffs,                  |   |                                                      |
| v.                           |   | Civil Action No. 1:07-CV-00279-RCL                   |
|                              |   | Honorable Royce C. Lamberth                          |
| JUDICIAL WATCH, INC., et al. |   |                                                      |
| Defendants.                  |   |                                                      |

## **ORDER**

Upon consideration of the Consent Motion to Extend Deadline to File Opposition to Defendants' Motion to Dismiss and Extend Deadline to Reply to Plaintiffs' Opposition, the absence of any opposition thereto, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the motion is hereby GRANTED, and it is further

ORDERED that the deadline for Plaintiff to oppose Defendants' Motion to Dismiss shall be extended from March 27, 2007 to April 16, 2007, and it is further

ORDERED that the deadline for Defendants to reply to Plaintiff's opposition shall be extended to May 2, 2007.

                                                                                                                             _____
                                                                                                                             Honorable Royce C. Lamberth
                                                                                                                             Judge, United States District Court

cc:    Copies to all counsel

316394-1