UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER F. PAUL,<br><br>    Plaintiff,<br><br>v.<br><br>JUDICIAL WATCH, INC, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:07-279 (RCL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Consent Motion [4] to Extend Deadline to File Opposition to defendants' Motion to Dismiss and Extend Deadline to Reply to plaintiff's Opposition, the absence of any opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion [4] is GRANTED; it is further

ORDERED that the deadline for plaintiff to oppose defendants' Motion to Dismiss shall be extended from March 27, 2007 to April 16, 2007; and it is further

ORDERED that the deadline for defendants to reply to plaintiff's opposition shall be extended to May 2, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.