IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                          |   |                                      |
|--------------------------|---|--------------------------------------|
| PETER F. PAUL            |   |                                      |
|     Plaintiff,           |   |                                      |
| v.                       |   | Civil Action No. 1:07-CV-00279-RCL   |
|                          |   | Honorable Royce C. Lamberth          |
| JUDICIAL WATCH, INC., et al. |   |                                  |
|     Defendants.          |   |                                      |

**CONSENT MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO
DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**

Pursuant to LCvR 7, all parties jointly move this Court for an Order in the form attached to extend the deadline by which Plaintiffs shall oppose the Defendants' motion to disqualify Plaintiff's counsel through April 8, 2008 and to extend the deadline by which Defendants shall reply to Plaintiffs' opposition through April 18, 2008. As grounds for this Motion, the parties state as follows:

1. On March 4, 2008, Defendants electronically filed a Motion to Disqualify Plaintiff's counsel. Pursuant to the Rules, the Deadline for Plaintiff to file his Opposition is March 17, 2008, and the Deadline for Defendants to file their Reply is March 24, 2008.

2. In the spirit of cooperation and professionalism previously exhibited by counsel, Plaintiff requested that Defendants afford him a brief extension of time to oppose Defendants' Motion to Disqualify Counsel through April 8, 2008. Accordingly, Defendants agreed to consent and requested that Plaintiff consent to extend the deadline for Defendants to reply to Plaintiffs' opposition until and including April 18, 2008. Plaintiff agreed to this request.

440652-1

3.      Granting the requested extension of time will permit the parties to fully brief the issues for the Court and the extension will promote fairness and efficiency.

4.      The requested short extension of time is not for the purpose of delay or to frustrate the ends of justice. Rather, the parties believe that the schedule proposed by this Motion is evidence of counsel working together to implement a fair and efficient process.

5.      If the Court grants this relief, Plaintiff's Opposition to Defendants' Motion to Disqualify will be due on April 8, 2008, and Defendants reply will be due on April 18, 2008.

WHEREFORE, the parties respectfully request that the Court grant this Motion, extend Plaintiff's deadline for opposing Defendants' Motion to Dismiss, extend Defendants' deadline to reply to Plaintiffs' Opposition, and approve the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss: | April 8, 2008 |
| Deadline for Defendants to Reply: | April 18, 2008 |

Respectfully submitted,

| | |
|---|---|
| s// Daniel J. Dugan_____ | s// Richard W. Driscoll_____ |
| Daniel J. Dugan, Esquire | Richard W. Driscoll, Esquire |
| Spector Gadon & Rosen, P.C. | Driscoll & Seltzer, PLLC |
| 1635 Market Street, 7th Floor | 600 Cameron Street |
| Philadelphia, PA 19103 | Alexandria, Virginia 22314 |
| (215) 241-8888 | (703) 340-1625 |
| *Counsel for Plaintiff Peter F. Paul* | *Counsel for Defendants Judicial Watch, Inc. Thomas J. Fitton, and Paul Orfanedes* |

DATED: March 10, 2008

440652-1

**PROOF OF SERVICE**

  I HEREBY CERTIFY that on March 10, 2008, a copy of the foregoing Consent Motion and proposed Order were served by electronic filing upon counsel listed on the Notice of Electronic Filing.

             *//s// Daniel J. Dugan*
             _____
             Daniel J. Dugan, Esquire