IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER F. PAUL, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>Defendants. | Civil Action No. 1:07–CV-00279-RCL<br>Honorable Royce C. Lamberth |

## NOTICE OF APPEARANCE

NOW COMES, Larry Klayman, of The Klayman Law Firm, and hereby enters a Notice of Appearance on behalf of Plaintiffs, PETER F. PAUL, in the referenced action.

Respectfully submitted,

s/Larry Klayman_____
Larry Klayman, Esq.
D.C. Bar No.: 334581
The Klayman Law Firm, P.A.
3415 SW 24th Street
Miami, FL 33145
Tel: 305.447.1091
Fax: 305.447.1548

Daniel J. Dugan, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street 7th Floor
Philadelphia, PA 19103
Tel: 215.241.8872
Fax: 215.241.8844

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March 2008, a true copy of the foregoing

Notice of Appearance was served via electronic means to:

    Richard W. Driscoll, Esquire
    Driscoll & Seltzer, PLLC
    600 Cameron Street
    Alexandria, VA 22314

    By:  s/Larry Klayman_____
    Larry Klayman, Esq.
    D.C. Bar No.: 334581
    The Klayman Law Firm, P.A.
    3415 SW 24th Street
    Miami, FL 33145
    Tel: 305.447.1091
    Fax: 305.447.1548