## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER F. PAUL | |
| Plaintiff, | |
| v. | Civil Action No. 1:07-CV-00279-RCL |
| | Honorable Royce C. Lamberth |
| JUDICIAL WATCH, INC., et al. | |
| Defendants. | |

### WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for Peter Paul in this case.

Respectfully submitted,

SPECTOR GADON & ROSEN, PC

By: /s/  Daniel J. Dugan
  Daniel J. Dugan, Esquire
  I.D. No.: 39706
  1635 Market Street, 7th Floor
  Philadelphia, PA 19103
March 28, 2008  215.241.8873

445506-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2008, a true and correct copy of the

foregoing was served on the following:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314

*Counsel for Defendants*

By: _____ *//s// Daniel J. Dugan*
Daniel J. Dugan, Esquire

445506-1