**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PETER PAUL, et al.,** | |
| Plaintiffs, | |
| v. | Civil Action No.  1:07–CV-00279-RCL |
| | Honorable Royce C. Lamberth |
| **JUDICIAL WATCH, INC., et al.,** | |
| Defandants. | |

## <u>MOTION FOR STATUS CONFERENCE</u>

Plaintiff, Peter Paul, respectfully requests a status conference with the Court. Mr. Paul has been under house arrest for many years, following his abandonment by Defendants, and counsel would like to address with the court appropriate interim means that Mr. Paul can obtain funds from Defendants, as they had agreed to provide, to obtain legal representation in order that he can retain criminal defense counsel that can take appropriate steps to complete his sentencing and obtain his release from government custody in order that his Constitution right to counsel can be exercised.

Mr. Paul had retained Judicial Watch to defend him in criminal proceedings that involve Hillary Clinton and Bill Clinton, as he had contributed about $2 million dollars in campaign contributions to the 2000 Senate campaign of the former First Lady. Judicial Watch is holding funds that were to be used for Mr. Paul's criminal defense, as a fiduciary.

Plaintiff respectfully requests a status conference on April 9, 2008, or April 10, 2008, when Plaintiff's counsel will be in the District of Columbia in related litigation styled, Klayman v. Fitton et. al, 1:06-CV-00670 (DDC).

Respectfully submitted,

s/Larry Klayman_____
Larry Klayman, Esq.
D.C. Bar No.: 334581
The Klayman Law Firm, P.A.
3415 SW 24th Street
Miami, FL 33145
Tel: 305.447.1091
Fax: 305.447.1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April 2008, a true copy of the Motion for Status Conference was served via electronic means to:

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314

By:  s/Larry Klayman_____
Larry Klayman, Esq.
D.C. Bar No.: 334581
The Klayman Law Firm, P.A.
3415 SW 24th Street
Miami, FL 33145
Tel: 305.447.1091
Fax: 305.447.1548