IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER PAUL, et al.,**<br><br>      Plaintiffs,<br><br>v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>      Defendants. | Civil Action No.  –CV-00279-RCL<br>Honorable Royce C. Lamberth |

## AGREED MOTION FOR EXTENSION OF TIME

Plaintiff, Larry Klayman, moves this honorable court for an extension of time of ten business days to respond to Defendants' Motion to Disqualify Counsel. Counsel for Defendants has consented to this extension.

WHEREFORE, Plaintiff respectfully requests an extension of ten days to respond to the Motion to Disqualify Counsel of Defendants, or until and including May 20, 2008.

                                                            Respectfully submitted,

                                                            s/Larry Klayman_____
                                                            Larry Klayman, Esq.
                                                            D.C. Bar No.: 334581
                                                            The Klayman Law Firm, P.A.
                                                            3415 SW 24th Street
                                                            Miami, FL 33145
                                                            Tel: 305.447.1091
                                                            Fax: 305.447.1548

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of May 2008, a true copy of the foregoing Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Extension of Time was served via electronic means to:

>Richard W. Driscoll, Esquire
>Driscoll & Seltzer, PLLC
>600 Cameron Street
>Alexandria, VA 22314

>By: s/Larry Klayman
>Larry Klayman, Esq.
>D.C. Bar No.: 334581
>The Klayman Law Firm, P.A.
>3415 SW 24th Street
>Miami, FL 33145
>Tel: 305.447.1091
>Fax: 305.447.1548