IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER PAUL, et al.,**<br><br>   Plaintiffs,<br><br>v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>   Defendants. | Civil Action No.  –CV-00279-RCL<br>Honorable Royce C. Lamberth |

## MOTION FOR EXTENSION OF TIME

Plaintiff, Larry Klayman, moves this honorable court for an extension of time of twenty days to respond to Defendants' Motion to Disqualify Counsel. Counsel for Plaintiff is seeking Defendants' consent to this motion.

WHEREFORE, Plaintiff respectfully requests an extension of twenty days to respond to the Motion to Disqualify Counsel of Defendants, or until and including June 10, 2008. The reason for this extension is that Plaintiff's wife has been ill and has just been taken to the hospital in Miami. See attached letter from Dr. Jeffrey Rosen.

                                                            Respectfully submitted,

                                                            s/Larry Klayman_____
                                                            Larry Klayman, Esq.
                                                            D.C. Bar No.: 334581
                                                            The Klayman Law Firm, P.A.
                                                            3415 SW 24th Street

>Miami, FL 33145
>Tel: 305.447.1091
>Fax: 305.447.1548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May 2008, a true copy of the foregoing Plaintiff's Motion for Extension of Time was served via electronic means to:

>Richard W. Driscoll, Esquire
>Driscoll & Seltzer, PLLC
>600 Cameron Street
>Alexandria, VA 22314

>By: s/Larry Klayman
>Larry Klayman, Esq.
>D.C. Bar No.: 334581
>The Klayman Law Firm, P.A.
>3415 SW 24th Street
>Miami, FL 33145
>Tel: 305.447.1091
>Fax: 305.447.1548

**PrimeCare**
**OF CORAL GABLES, P.A.**

299 Alhambra Circle • Coral Gables, FL 33134 • Tel: 305-443-3001 • Fax: 305-441-9427

JEFFREY B. ROSEN, M.D.
FAMILY MEDICINE

HAROLD M. SILBERMAN, M.D.
FAMILY MEDICINE

IVAN CARRASQUILLA, M.D.
FAMILY MEDICINE

KEILA HOOVER, M.D.
FAMILY MEDICINE

DAVID SCHOLL, D.O.
FAMILY MEDICINE

May 19, 2008

Re:      Diana Klayman
Spouse:  Larry Klayman

To Whom It May Concern

The above mentioned individuals are patients of mine. This is to advise you that Mrs. Diana Klayman is being hospitalized for a period of time. It is necessary that her spouse accompany her throughout this time and be by her bedside. Thank you for your understanding.

If you have any questions please do not hesitate to contact me at (305)443-3001.

Sincerely,

Jeffrey Rosen, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PETER PAUL, et al.,**

    Plaintiffs,

v.

**JUDICIAL WATCH, INC., et al.,**

    Defendants.

Civil Action No. –CV-00279-RCL
Honorable Royce C. Lamberth

## PROPOSED ORDER

THIS CAUSE HAVING COME TO BE HEARD upon Plaintiff's Motion for Extension of Time, the issues have been considered, IT IS ORDERED:

1.    Plaintiff's motion is granted.

2.    Plaintiff will have until and including June 10, 2008 to respond to Defendants' Motion to Disqualify Counsel.

Date:_____          _____
                                                                  Royce C. Lamberth
                                                                  U.S. District Court

cc: All counsel of record