IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER F. PAUL, | |
| Plaintiff, | |
| v. | Civil Action No. 1:07cv00279-RCL |
| | Honorable Royce C. Lamberth |
| JUDICIAL WATCH, INC., *ET AL.* | |
| Defendants. | |

**DEFENDANTS' OPPOSITION TO**
**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendants Judicial Watch, Inc. ("Judicial Watch") and Paul Orfanedes ("Orfanedes"), by undersigned counsel, hereby oppose the Motion for Extension of Time[1] to respond to the Defendants' Motion to Disqualify Larry Klayman ("Klayman") as counsel for the Plaintiff.

1. Defendants note that at no time have they been consulted regarding the relief requested in the Motion for Extension.

2. Defendants' Motion to Disqualify was filed on April 22, 2008. Pursuant to LCvR 7 and Rule 6(d), Klayman's response was due on or before May 6, 2008. As a professional courtesy, Defendants agreed to a ten day extension of the deadline for Klayman to respond. *See* 05/06/08 Email from Defendants' counsel to Klayman, attached hereto as Exhibit 1.[2]

3. Although Klayman has already had 28 days in which to prepare a response, he now requests an additional twenty days bringing the total time for preparing a response to forty-eight (48) days. Defendants object to this amount of time as too much. No explanation or

---

[1] Defendants note that the Motion incorrectly identifies Larry Klayman as the Plaintiff in this action. The Plaintiff is actually Peter Paul.

[2] Although Defendants believed they were agreeing to extend the deadline for ten calendar days, Klayman represented that Defendants agreed to an extension of ten "business" days thereby obtaining a fourteen day extension.

justification has been provided for an additional twenty days. Accordingly, Defendants only agree to an additional extension of ten (10) calendar days, which is more than sufficient to prepare a response.

4. This litigation has been pending since early February of 2007, more than a year and three months. During that time, Klayman has used the existence of this litigation as a fundraising tool in connection with his anti-Judicial Watch advertising campaign. To vindicate themselves, Defendants are anxious to move this matter through discovery and final disposition. Further delay is prejudicial to Defendants' ability to prepare a defense to this claim.

WHEREFORE, for all of the foregoing reasons, Defendants respectfully request that the Court DENY Klayman's Motion and enter an order for only a ten calendar day extension.

    Respectfully submitted,

    /s/

    _____
    Richard W. Driscoll (436471)
    Juli Haller Simonyi (466921)
    DRISCOLL & SELTZER, PLLC
    600 Cameron Street
    Alexandria, Virginia 22314
    703.340.1625 Telephone
    703.997.4892 Facsimile
    Email: rdriscoll@driscollseltzer.com
    Email: jhaller@driscollseltzer.com
    *Counsel for Defendants Judicial Watch, Inc.,*
    *Thomas J. Fitton and Paul J. Orfanedes*

Dated: May 20, 2008

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 20th day of May 2008, a copy of the foregoing Opposition was served by electronic filing upon counsel listed on the Notice of Electronic Filing.

/s/
_____
Richard W. Driscoll

# EXHIBIT 1

**From:** Richard Driscoll
**Sent:** Tuesday, May 06, 2008 12:02 PM
**To:** 'leklayman@bellsouth.net'
**Subject:** RE: Paul v. JW

Mr. Klayman:

You have our consent for a ten day extension to file a response.

Best regards,

Rich

Richard W. Driscoll, Esquire
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com
www.driscollseltzer.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** leklayman@bellsouth.net [mailto:leklayman@bellsouth.net]
**Sent:** Tuesday, May 06, 2008 11:07 AM
**To:** Richard Driscoll
**Subject:** Paul v. JW

Richard:

Pl advise if you will agree to a ten day extension to file a response to your motion to disqualify.

The tenor of your response in the JW case does not bode well. I thought that our discussion had perhaps advanced things in terms of my thinking and resolving that case. I guess not. Its exactly this type of response which has caused the current situation.

Just let me know your position. I will do what I have to do.

Larry

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER F. PAUL, | |
| Plaintiff, | |
| v. | Civil Action No. 1:07-cv-00279-RCL |
| | Honorable Royce C. Lamberth |
| JUDICIAL WATCH, INC., *ET AL*. | |
| Defendants. | |

## **ORDER**

Upon consideration of the Motion for Extension of Time filed by Plaintiff's Counsel, Defendants' opposition thereto, and the entire record herein, it is this ___ day of _____ 2008,

ORDERED that the motion is hereby GRANTED in part and DENIED in part, and it is further

ORDERED that the deadline for Larry E. Klayman and the Klayman Law Firm to respond to the Motion to Disqualify Plaintiff's Counsel is May 30, 2008.

_____
Honorable Royce C. Lamberth
Judge, United States District Court

cc:   Copies to all counsel