UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER F. PAUL,            )<br>                           )<br>   Plaintiff,              )<br>                           )<br>v.                         )<br>                           )<br>JUDICIAL WATCH, INC, *et al.*, )<br>                           )<br>   Defendants.             )<br>                           ) | Civil Action No. 07-279 (RCL) |

## ORDER

Now comes before this court Defendants' Motion to Disqualify Opposing Counsel [Dugan] [13], the Consent Motion to Extend Deadline to File Opposition to Defendants' Motion to Disqualify Plaintiff's Counsel [14], the Withdrawal of Appearance [16] by Dugan on March 28, 2008, Plaintiff's Motion for Status Conference [18], Defendants' Opposition to Motion for Status Conference [19], Defendants' Motion to Disqualify Opposing Counsel [Klayman] [21], the Agreed Motion for Extension of Time [22] to respond to Defendant's Motion to Disqualify Opposing Counsel, Plaintiff's Motion for Extension of Time [23] to respond to Defendants' Motion to Disqualify Opposing Counsel, and Defendants' Opposition to Plaintiff's Motion for Extension of Time [24]. Upon consideration of the foregoing, and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Disqualify Opposing Counsel [13] is DENIED as moot in light of the Withdrawal of Appearance [16] by Dugan on March 28, 2008; and it is further

ORDERED that the consent Motion to Extend Deadline to File Opposition to

Defendants' Motion to Disqualify Plaintiff's Counsel [14] is DENIED as moot in light of the Withdrawal of Appearance [16] by Dugan on March 28, 2008; and it is further,

ORDERED that Plaintiff's Motion for Status Conference [18] is DENIED; and it is further

ORDERED that the Agreed Motion for Extension of Time [22] to respond to Defendant's Motion to Disqualify Opposing Counsel is GRANTED, *nunc pro tunc*; and it is further

ORDERED that Plaintiff's Motion for Extension of Time [23] to respond to Defendants' Motion to Disqualify Opposing Counsel is GRANTED; and Plaintiff shall have until June 10, 2008, to file his opposition to the Motion to Disqualify Opposing Counsel [Klayman].

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, May 28, 2008.