IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER PAUL, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JUDICIAL WATCH, INC., et al.,**<br><br>Defendants. | Civil Action No.  –CV-00279-RCL<br>Honorable Royce C. Lamberth |

## MOTION FOR SHORT ADDITIONAL SEVEN DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISQUALIFY COUNSEL

Plaintiff, Larry Klayman, moves this honorable court for an order of seven additional business days to respond to the above styled motion, as Plaintiff, Larry Klayman, has been preoccupied with the convalescence of his wife and taking her to various physicians. No prejudice will result to any party and this is the last request for an extension of time, as his wife has been very ill. Plaintiff has contacted Defendants counsel who is on vacation and is awaiting a response.

WHEREFORE, Plaintiff requests an additional seven business days, or until and including June 19, 2008 to respond.

Respectfully submitted,

s/Larry Klayman
Larry Klayman, Esq.
D.C. Bar No.: 334581
3415 SW 24th Street

        Miami, FL 33145
        Tel: 305.447.1091
        Fax: 305.447.1548

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June 2008, a true copy of the foregoing Plaintiff's Motion for Extension of Time was served via electronic means to:

    Richard W. Driscoll, Esquire
    Driscoll & Seltzer, PLLC
    600 Cameron Street
    Alexandria, VA 22314

        By: s/Larry Klayman_____
        Larry Klayman, Esq.
        D.C. Bar No.: 334581
        3415 SW 24th Street
        Miami, FL 33145
        Tel: 305.447.1091
        Fax: 305.447.1548