IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
|
PETER F. PAUL,                        |
|
                Plaintiff,            |
|
v.                                    |        Civil Action No. 1:07cv00279
                                      |        Honorable Royce C. Lamberth
JUDICIAL WATCH, INC., *ET AL.*        |
|
                Defendants.           |
_____|

**DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendants Judicial Watch, Inc. ("Judicial Watch") and Paul Orfanedes ("Orfanedes"),

by undersigned counsel, hereby oppose Plaintiff's second Motion for Extension of Time[1] to

respond to the Defendants' Motion to Disqualify Larry Klayman ("Klayman") as counsel for the

Plaintiff.

1.      This is Plaintiff's second Motion for an extension of time to respond to

Defendants' Motion to Disqualify Counsel.

2.      On May 28, 2008, this Court granted Plaintiff's First Motion to Extend.

3.      Pursuant to LCvR 7 and Rule 6(d), Plaintiff's response pursuant to the extension

was due on or before today, June 10, 2008.

4.      Plaintiff's Counsel, Larry Klayman, has known this Opposition is due since the

Court granted Plaintiff's Counsel's Motion on May 28, 2008 but he chose to file this Motion last

minute, the day his response would otherwise be due.

5.      Defendants' Motion to Disqualify was filed on April 22, 2008.   Therefore,

---

[1]     Defendants note that the Motion incorrectly identifies Larry Klayman as the Plaintiff in
this action.  The Plaintiff is actually Peter Paul.

Plaintiff's counsel, pursuant to LCvR 7 and Rule 6(d), has already had over a month since May 6, 2008 in which to prepare a response.

6.      Klayman, now on June 10, 2008, at the last minute, requests an additional seven days.

7.      Plaintiff claims that he cannot file an Opposition due to his wife's health condition.  Mr. Klayman, however, found time to file a lawsuit against OPEC yesterday, June 9, 2008, and to conduct a press conference yesterday, June 9, 2008, regarding said lawsuit.  (*See* Ex. 1, copy of Compl.; *see also* Ex. 2, copy of press release by Larry Klayman dated June 9, 2008; *see also* Ex. 3, copy of a NY Times article about lawsuit filed by Larry Klayman.). Defendants submit that this is just another delay tactic by Mr. Klayman.

8.      This litigation has been pending since early February of 2007, more than a year and three months.  Defendants are prejudiced by delay in this matter because Klayman uses the existence of this litigation as a fundraising tool in connection with his anti-Judicial Watch advertising campaign.  (*See* Ex. 2, pp. 2-3; *see also* Ex. 4*,* copy of *savingjudicialwatch.org* homepage).  To vindicate themselves, Defendants are anxious to move this matter through discovery and final disposition.  Further delay is prejudicial to Defendants' ability to prepare a defense to this claim.

WHEREFORE, for all of the foregoing reasons, Defendants respectfully request that the Court DENY Klayman's Motion for another extension.

Respectfully submitted,

/s/

_____
Richard W. Driscoll (436471)
Juli Haller Simonyi (466921)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com
Email: jhaller@driscollseltzer.com
*Counsel for Defendants Judicial Watch, Inc.,*
*Thomas J. Fitton and Paul J. Orfanedes*

Dated: June 10, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June 2008, a copy of the foregoing Opposition and exhibits were filed with the Court's Electronic Filing System, which serves notice upon counsel listed on the Notice of Electronic Filing.

/s/

_____
Juli Haller Simonyi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————————
                                          |
PETER F. PAUL,                            |
                                          |
            Plaintiff,                    |
                                          |
v.                                        |        Civil Action No. 1:07-cv-00279-RCL
                                          |        Honorable Royce C. Lamberth
JUDICIAL WATCH, INC., *ET AL*.            |
                                          |
            Defendants.                   |
—————————————————————|

## <u>ORDER</u>

Upon consideration of the Motion for Extension of Time filed by Plaintiff's Counsel,

Defendants' opposition thereto, and the entire record herein, it is this ___ day of

_____ 2008,

ORDERED that the motion is hereby DENIED.


                                    _____
                                    Honorable Royce C. Lamberth
                                    Judge, United States District Court

cc:    Copies to all counsel

June 09, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO:

# 08-21630-CIV-GOLD/MCALILEY

**FREEDOM WATCH, INC.,**

    **Plaintiff,**

**vs.**

**ORGANIZATION OF PETROLEUM EXPORTING COUNTRIES,**

    **Defendant,**

                                       /

## COMPLAINT

    COMES NOW the Plaintiff, FREEDOM WATCH, Inc., by and through its undersigned

counsel, sues Defendant and alleges as follows:

## NATURE OF THE ACTION

1.)    Plaintiff, FREEDOM WATCH, Inc., is a non-profit watchdog which promotes and

protects freedom in the United States and throughout the world. It has purchased gasoline

from the Defendant and its agents and co-conspirators in this federal judicial district, as

set forth in this complaint. Freedom Watch, Inc., is incorporated in Washington, D.C.,

and is registered to do business in the State of Florida. It is bringing this lawsuit because

of the illegal actions of the Defendant, the ORGANIZATION OF PETROLEUM

EXPORTING COUNTRIES ("OPEC" ) which, as a form of economic terrorism, are

designed to severely harm the economies of the United States and Western Europe in

particular, which Defendant, and its constituent members, view as opposed to their

interests in spreading, in the case of Hugo Chavez and Venezuela, communism throughout Latin America, and in the case of the Arab members of OPEC such as Saudi Arabia, radical Whahabe and derivative strains of radical Islam in its centuries old struggle for domination over Jews and Christians and Judeo-Christian interests and nation states, such as Israel, in the Middle East and throughout the world. Along with their direct or indirect financial and other support for terrorist groups which they use to further their interests and perpetuate their regimes, the illegal conduct of the Defendant, and its constituent members and co-conspirators, is also intended to influence the American Presidential and Congressional elections of 2008 by destablilizing the economy to further their anti-Western and anti-Judeo-Christian agendas. In short, the recent huge calculated increase in the price of gasoline and petroleum products, which is the result of per se violations of the antitrust laws, is part of a calculated strategy to advance the constituent members of OPEC's latent war against Western democratic interests, since political actions, overt terrorist acts, and other means have thus far not produced the "desired" results and "cleverly" adds economic terrorism to their panoply of weapons. Some of the members of OPEC are, not coincidentally, on the U.S. State Department's watch list of terrorist nations, developed under both Democratic and Republican administrations. In the case of Hugo Chavez's Venezuela, this nation is in the process of being added to this list of certified terrorist states for his use of oil, petroleum and other revenues to support and finance terrorist groups such as the the Colombian FARC, the Taliban of Afghanistan, the communist state of Cuba – also on the U.S. State Department's terrorist watch list -- and other nations and groups bent on destroying American and other Western interests.

2.)     This antitrust lawsuit is brought under Section 1 of the Sherman Act, 15 U.S.C 1 and Sections 4 and 16 of the Clayton Act, 15 U.S.C. 15, 26. It arises out of the role of Defendant, OPEC, in a conspiracy with its members (collectively referred to herein as "the cartel") and additional co-conspirators in an admitted price fixing scheme to raise, fix and stabilize the price of gasoline and other petroleum products in the United States.

3.)     The primary elements of Defendant OPEC's conspiracy are the agreed-upon limits and restrictions on the production of oil and other petroleum products by OPEC's thirteen member nations, which together control most of the world's oil reserves. The avowed purpose and demonstrable effect of the cartel's production limits and restrictions are to raise, fix and stabilize world oil prices above competitive levels, thus dramatically increasing the price of gasoline and other petroleum products in the United States and around the world.

4.)     Defendant OPEC is an Entity organized and existing under the laws of the country of Austria.

5.)     The present members of OPEC are Algeria, Angola, Ecuador, Indonesia, the Islamic Republic of Iran, Iraq, Kuwait, Libya, Nigeria, Qatar, Saudi Arabia, the United Arab Emirates and the Bolivarian Republic of Venezuela ruled by the communist and terrorist FARC supporter Hugo Chavez. Together they make up the cartel.

6.)     Defendant OPEC through the cartel sells gasoline and other petroleum products throughout the United States. Defendant has violated federal antitrust laws in at least three ways.

7.)     First, Defendant OPEC has had its members enter into an agreement with it to facilitate, enable and provide direct assistance to its price fixing scheme. Pursuant to this

3

agreement, OPEC and the cartel have provided analyses of oil markets in the United States, prepared a long-term strategy, organized OPEC summits and provided speakers at OPEC conferences.

8.) Secondly, Defendant OPEC has had its members enter into an anticompetitive agreement and conspiracy to assist and facilitate the sale of gasoline and other petroleum products to customers in the United States at anticompetitive prices.

9.) Thirdly, Defendant OPEC has had the cartel extend its anticompetitive predations directly onto United States soil. Using its various suppliers as instrumentalities of its unlawful scheme, OPEC has entered the United States for the purpose and with the effect of bringing to fruition its unlawful scheme to sell gasoline and other petroleum products to customers in the United States at anticompetitive prices. OPEC is liable for the anticompetitive effects in the United States of its and the cartel's unlawful price-fixing scheme. The current effect of this unlawful scheme has been to raise prices of oil and petroleum to in excess of $140.00 per barrel, bringing the economy of the United States and the entire Western world to its economic knees.

10.) Plaintiff is a purchaser of gasoline and other petroleum products in the United States. The purpose of Plaintiff's lawsuit is to enjoin Defendant OPEC from facilitating, assisting or implementing such anticompetitive conduct now and in the future.

## JURISDICTION AND VENUE

11.) This action arises out of Section 1 of the Sherman Act, 15 U.S.C 1 and Sections 4 and 16 of the Clayton Act, 15 U.S.C. 15, 26.

12.) Jurisdiction herein is proper under 28 U.S.C. 1331, 1337. Defendant OPEC and the cartel have been engaged in an ongoing price-fixing conspiracy with the purpose and

effect of limiting production of gasoline and petroleum products and raising prices, thereby causing injury to Plaintiff. Defendant OPEC through the cartel sells gasoline and other petroleum products directly to suppliers as well as consumers in the United States.

13.) Venue is proper in the Southern District of Florida pursuant to 15 U.S.C. 15, 22, 26 and 28 U.S.C. 1391 (b) and (c). At all times material hereto, Defendant OPEC transacted business, was found or had agents and co-conspirators in this District.

## PARTIES

14.) Plaintiff herein does business in this District and has purchased gasoline and other petroleum products here sold by Defendant OPEC.

15.) Defendant OPEC is an entity organized and existing under the laws of the country of Austria.

16.) Unnamed as parties to this action are the present thirteen member nations of OPEC; Algeria, Angola, Ecuador, Indonesia, the Islamic Republic of Iran, Iraq, Kuwait, Libya, Nigeria, Qatar, Saudi Arabia, the United Arab Emirates and the Bolivarian Republic of Venezuela led by Dictator Hugo Chavez which are co-conspirators with OPEC in the unlawful price-fixing scheme. OPEC's conspiracy also includes privately owned oil companies that have coordinated production levels and have imposed limitations and restrictions together with the cartel. These entities have adhered to, participated in, benefited from, communicated with others with respect to and facilitated the price-fixing conspiracy. These entities have acted knowingly and willingly in furtherance of the price-fixing conspiracy. Both OPEC and the unnamed co-conspirators herein are "persons" within the meaning of the antitrust laws.

## INTERSTATE TRADE AND COMMERCE

17.) OPEC through the cartel and unnamed co-conspirators sells gasoline and other petroleum products to Plaintiff in the United States.

18.) There is an intentional and continuous flow in interstate commerce of gasoline and other petroleum products directly to Plaintiff from OPEC through the cartel and unnamed co-conspirators. Defendant OPEC through the cartel and unnamed co-conspirators has received payment for such products within the United States across State lines.

## OPEC IS A MEMBER OF THE CONSPIRACY

19.) Defendant OPEC is a member of the conspiracy. Together with its members and unnamed co-conspirators, it has actively participated in illegal price fixing, provided assistance to its members and co-conspirators and has implemented a price-fixing agreement. OPEC has provided material assistance to its members and co-conspirators in numerous ways.

20.) Defendant OPEC has provided its members and co-conspirators with technical services and with information on the United States market and demand for gasoline and other petroleum products that greatly assist them in their scheme to fix the price of oil at anticompetitive levels.

21.) Defendant OPEC has developed a long-term strategy which explicitly adopts the unlawful control of oil prices by calling for its members and co-conspirators to take proactive measures to influence the market when prices that it considers to be too low for its objectives.

## DAMAGES FROM THE PRICE-FIXING CONSPIRACY

22.)    The price of gasoline and other petroleum products- like all products in the market place,
        are determined by supply and demand.  Increases or decreases in production affect the
        price of the product in the United States, including the price of gasoline at the pump.

23.)    Defendant OPEC and its members and co-conspirators control most of the world's oil
        reserves.  The avowed purpose of Defendant OPEC is to fix, raise and stabilize world oil
        prices above competitive levels.  To that end, OPEC's members agree on production
        quotas that limit and restrict the amount of oil that each member may produce.  Even
        when an individual OPEC member exceeds their production quota, they produce far less
        than they would were they operating in a competitive market.  Even when OPEC
        members produce to the full extent of their capacity, they produce far less oil than they
        would were they operating in a competitive market because they artificially restrict their
        production capacity as part of their price-fixing scheme.

24.)    In the absence of this agreement, OPEC members and co-conspirators would be
        producing more oil and the price of gasoline and other petroleum products would be less.

25.)    Defendant OPEC has succeeded in driving and maintaining the global price of oil well
        above competitive levels.  As a result of OPEC's conspiracy in restraint of trade, oil
        prices have reached exorbitant levels of over $140.00 per barrel, which has seriously
        harmed the economies of the United States and the Western World, as well as consumers
        such as Plaintiff.

26.)    Concerted and calculated production increases and decreases by Defendant OPEC
        directly affect and determine changes in the prices of gasoline and other petroleum
        products in the United States.  As a direct result of Defendant OPEC's self imposed

production quotas, the price of oil in the world markets has far exceeded competitive levels. The prices of gasoline and other petroleum products in the United States sold to Plaintiff greatly exceed the prices that would prevail in a competitive market.

27.) The foregoing agreements and self imposed restrictions and limitations constitute *per se* violations of Section 1 of the Sherman Act, 15 U.S.C. 1 and Section 16 of the Clayton Act, 15 U.S.C. 26.

28.) Defendant OPEC is a global commercial cartel, exploiting its market power to maximize its and its members' economic interests.

29.) Defendant OPEC's production restrictions and limitations are not driven by a desire to conserve natural resources. Instead, OPEC is driven- as is any other price-fixing cartel, which works in conjunction with oil refiners and others, by its desires to optimize revenue.

30.) The strictly commercial nature of OPEC's price-fixing conduct is further confirmed by its course of dealing with non-members. OPEC has met with these non-members and has secured their agreement to limit production and has thereby increased the price of gasoline and other petroleum products over competitive levels.

31.) The strictly commercial nature of OPEC's conduct is further demonstrated by its acquisition of refineries and other oil businesses in the United States and Europe. These acquisitions allow OPEC to control refining and distribution facilities in their most important markets and, additionally, allows OPEC to maintain its anticompetitive prices by preventing large customers from exercising their buying power to secure price concessions.

### TERRITORIAL SCOPE OF THE CONSPIRACY

32.) The United States is the largest consumer of gasoline and petroleum products in the world. As a result, the American market is a key target of OPEC. Defendant OPEC has attempted and has succeeded in directly and substantially affecting the prices of these products in the United States.

33.) The acts complained of herein are not the unilateral, independent acts of sovereign nations taken and effectuated entirely within the confines of their own territorial boundaries. As a multinational cartel, OPEC depends upon the concerted and agreed upon acts of all of its members, and those which act in concert with OPEC, to achieve the conspiracy's price fixing scheme.

34.) Defendant OPEC's actions, therefore, are not and by definition cannot be confined to the territories of its member nations. There are at least five different ways in which OPEC's activities extend beyond the boundaries of its individual members' territories. First, as a multinational cartel, OPEC's production quotas are negotiated and agreed upon by and among its member nations at regular meetings held for that purpose. Meetings with privately owned oil companies to discuss limitations and restrictions on production have also occurred on an extraterritorial basis. Second, the entire purpose of the cartel is to fix prices in global markets; not just in local markets. Third, OPEC's conspiracy to charge anticompetitive prices comes to fruition only upon the sale of gasoline and other petroleum products to non-OPEC countries and to Plaintiff in the United States. Fourth, OPEC, through its members, has acquired oil fields outside of their members' territories. Fifth, OPEC, though its members, has acquired refining and distribution facilities within the territory of the United States so as to effectuate its scheme to sell gasoline and other petroleum products at anticompetitive prices.

## ANTITRUST INJURY

35.) Plaintiff purchases gasoline and other petroleum products directly from OPEC and its members and co-conspirators in the United States. As a purchaser, Plaintiff is entitled to bring this action under the Sherman and Clayton Acts for injunctive relief.

36.) Defendant OPEC's unlawful conspiracy, in concert with the unnamed co-conspirators, has had the following direct, foreseeable and substantial effects: a) The production of oil in OPEC member countries has been artificially limited and restricted; b) The price of gasoline and other petroleum products has been fixed, raised and stabilized throughout the United States at artificially high and anticompetitive levels; c) Plaintiff, as a purchaser of gasoline and other petroleum products, has been deprived by Defendant of the ability to purchase gasoline and other petroleum products at competitive prices; d) Competition in the sale of gasoline and other petroleum products has been restrained; and e) OPEC and its members and co-conspirators have sold gasoline and other petroleum products to Plaintiff at prices substantially higher than competitive levels.

37.) By reason of the antitrust violations herein, Plaintiff has paid more for gasoline and other petroleum products than it would have paid in the absence of the illegal combination and conspiracy by Defendant OPEC.

## COUNT I- DEFENDANT OPEC IS A CONSPIRATOR WITH ITS MEMBERS AND NON-MEMBER CO-CONSPIRATORS IN VIOLATION OF SECTION 1 OF THE SHERMAN ACT AND SECTION 4 OF THE CLAYTON ACT

Plaintiff realleges paragraphs 1 through 37 above and further states that:

38.) Defendant OPEC is a party to and a willing participant in the price-fixing scheme to sell

gasoline and other petroleum products at anti-competitive prices in the United States.

39.) Defendant OPEC agreed to provide material assistance to the cartel and to otherwise facilitate its price-fixing scheme.

40.) Defendant OPEC's anticompetitive activities and the anticompetitive activities of the unnamed co-conspirators, which on information and belief include but are not limited to even American and European oil companies and refiners, pursuant to their agreements in restrain of trade, are *pro se* violations of Section 1 of the Sherman Act, 15 U.S.C. 1 and Section 4 of the Clayton Act, 15 U.S.C. 15.

41.) As a direct result of the unlawful conspiracy by Defendant OPEC and the unnamed co-conspirators, Plaintiff has been grossly overcharged for gasoline and other petroleum products.

42.) The actions by Defendant OPEC, and those acting in concert with OPEC, are illegal and should be declared as such by this Honorable Court and said actions should be enjoined.

43.) The failure of this Honorable Court to so enjoin these actions will continue to cause irreparable harm to Plaintiff.

44.) As a result of Defendant's actions, Plaintiff has been forced to retain legal counsel and to pay said counsel a reasonable attorneys fee.

Wherefore, Plaintiff respectfully requests that this Honorable Court enter Judgment in its favor and against Defendant OPEC, declaring Defendant OPEC's actions to be a per se and/or an unreasonable restraint of trade or commerce in violation of Section 1 of the Sherman Act, 15 U.S.C. 1 and Section 4 of the Clayton Act, 15 U.S.C. 15 and that pursuant to Section 16 of the Clayton Act, 15 U.S.C. 26 this Honorable Court enter an Order enjoining Defendant OPEC, and those unnamed co-conspirators, from continued violations of the antitrust laws as more fully

described herein and ordering any further legal or equitable relief that this Honorable Court may

deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff herein demands a trial by jury for all issues so triable.

Dated this 9th day of June, 2008.

Larry Klayman, Esq.
Florida Bar Number 246220
FREEDOM WATCH, Inc.
P.O. Box 310188
Miami, FL 33231

Tel: 786-683-0269
Email: leklayman@bellsouth.net

% JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

**June 09, 2008**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

FILED by ____ D.C.
ELECTRONIC

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Freedom Watch, Inc. | Organization of Petroleum Exporting Countries |

**(b)** County of Residence of First Listed Plaintiff **Dade**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Austria**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Freedom Watch, Inc.
P.O. Box 310188
Miami, FL 33231     786-683-0269

Attorneys (If Known)

**(d)** Check County Where Action Arose: ✓ MIAMI- DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✓ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ✓ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ✓ 3 | Foreign Nation | ☐ 6 | ✓ 6 |

Dade Co. 08cv21630 GOID/McAliley

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☒ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO     b) Related Cases ☐ YES ☐ NO

JUDGE _____     DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity):**

15 USC.1,et. seq; 15U.S.C. 15,26 et. seq.

LENGTH OF TRIAL via **10** days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD _____

DATE June 9, 2008

**FOR OFFICE USE ONLY**

AMOUNT $ 350.00   RECEIPT # 98182-1   IFP _____

06/05/08



Larry Klayman

Mission Statement

Press Information

Cases



Books & Memorabilia

Contact Us

# MEDIA ADVISORY

### LARRY KLAYMAN'S FREEDOM WATCH FILES ANTITRUST COMPLAINT AGAINST OPEC CHARGING USE OF OIL AS FORM OF ECONOMIC TERRORISM

## PRESS CONFERENCE

Date: Monday, June 9, 2008
Time:  12 noon
Place: Venezuelan Consulate
In Front of Building
1101 BRICKELL AVENUE, MIAMI

(Monday, June 9, 2008). Larry Klayman, the founder of Freedom Watch, and former U.S. Department of Justice Antitrust Division prosecutor who helped break-up AT&T in the  early 1980's, today will announce the filing of an antitrust lawsuit for price fixing, market division and other unlawful anticompetitive restraints on trade by OPEC, which is comprised  of members, such as Hugo Chavez's Venezuela, and Arab states on the U.S. State Department's list of certified terrorist nations.

The complaint, which was filed earlier today in the U.S. District Court for the Southern District of Florida in Miami, alleges that OPEC has raised the price of oil to levels which are intended to severely harm the economies of the United States and its Western allies as a latent means of economic terrorism by nation states who are bent on spreading communism and radical Islam  throughout the world. These

nation states are cleverly using the "economic" weapon because other means have not produced the "desired" results. This illegal conduct is also intended to influence the 2008 American presidential and congressional elections.

### CLICK HERE TO VIEW COMPLAINT

At the press conference today, Mr. Klayman will explain in detail the bases of these charges, which the U.S. government, under both Republicans and Democrats, refuse to confront because of complex relations with not only Hugo Chavez of Venezuela, but the Royal Family of Saudi Arabia, many of the other members of OPEC, as well as politically powerful U.S. oil companies which are profiting handsomely from OPEC's price fixing and market division. These anti-competitive acts have artificially raised the price of oil to a record high of $140.00 per barrel and last Friday set the stock market into a tailspin.

For more information contact Larry Klayman at 786-683-0269.

---

## The "Dream Team" Is Back!

## To Bring Justice To The Clintons As We Retake Judicial Watch

"Judicial Watch earned its reputation in the 1990s for lawsuits that ... allowed the group to depose several Clinton officials.

But it's largely been out of the news since Klayman left Judicial Watch — and filed a lawsuit against it."

Washington Post, April 6, 2007

## After ten years of success...

in fighting government and legal corruption at Judicial Watch, which I conceived of and founded, I left the public interest watchdog in 2003 to run for the United States Senate. The person who later assumed control of Judicial Watch – the current president Tom Fitton – has misused the organization for his own ends, improperly dissipating and squandering donor monies and turning the group into a very bad joke, which mostly boasts of the appeals it is forced to take following a string of defeats since I left.

As a result of this damage, in order to save Judicial Watch, I have sued Fitton. See www.SavingJudicialWatch.org. In a landmark victory, the court in my case ruled that, if

successful, I can retake control of this once great organization. Given the corruption of Hillary and Bill Clinton, and their plan to retake control of the White House in 2008, a renewed and powerful Judicial Watch – the People's Justice Department – can come none too soon.

Many supporters have given generously to this noble goal of "liberating" Judicial Watch from the clutches of Tom Fitton and his ethically challenged "yes men" on his Board of Directors. While my case progresses, we must take immediate action against corrupt politicians and others such as Hillary and Bill Clinton.

Now, poised to win our case against Fitton and retake Judicial Watch, I have created a legally separate "twin" public interest group, using the trademark Freedom Watch, to rekindle my corruption fighting efforts without wasting any time. I, and those who I have brought into Freedom Watch to assist me, will not wait until Judicial Watch is liberated. We will begin the task of holding the Clintons and others of their ilk accountable under our rule of law, now! Once we retake the organization, we will then combine the two for an even stronger public interest mission – to fight government and legal corruption domestically (through Judicial Watch) and spread freedom throughout the world (through Freedom Watch).

As you may know from reading my complaint, when I left Judicial Watch, Fitton gutted the organization, shutting down virtually every regional office, even closing the organization's radio and television shows. The real talent of Judicial Watch, the regional directors I had hired and who were loyal to me and you, were fired – so no one could challenge Fitton and his minions of "yes men." Now I have reassembled this "Dream Team" along with talented and dedicated professionals who are committed to me, you and the "American way."

One of our first tasks is to finally bring justice to the Clintons. To do this Freedom Watch and I have acquired a new client, former New York Post freelance journalist and reporter, Jarred Stern, whose livelihood was ruined at the hands of Bill and Hillary. This case represents the biggest legal threat to the Clintons, since the time I successfully sued them as Judicial Watch president, over a decade ago. Read about the case at www.FreedomWatchUSA.org

So, my friends and fellow supporters, the "Dream Team" is back, and it is in business once again to hold Hillary and Bill

Clinton and other corrupt politicians, lawyers and judges
accountable under the rule of law.

Won't you become part of it now, before our country drowns
in Clinton and other government corruption?

Freedom Watch, the "Dream Team" and its clients need your
help to save our country – for our children and grandchildren
– from the ruinous corruption of Bill and Hillary Clinton and
their friends that would otherwise destroy liberty and
democracy.  Please contribute to our just cause. Your
contribution is tax deductible. Freedom Watch is a 501(c)(3)
non-profit corporation.

Thank you for your generous support and God Bless you,
your family and the United States of America!

Sincerely yours,



Freedom Watch, Founder and Chairman



This page last updated on June 8, 2008



HELP REBEKAH GRADUATE.
send her a message at BOOSTUP.ORG

# Gadfly, Contending Price Fixing, Sues OPEC

By DAMIEN CAVE
Published: June 10, 2008

MIAMI — With Democrats in Congress demanding a get-tough-or-else approach to the oil industry, Larry Klayman decided he'd had enough. It was time to call gasoline prices what he thinks they are — economic terrorism.

So, after spending $66 to fill up his Cadillac CTS sedan, Mr. Klayman, a lawyer and conservative gadfly, filed a federal lawsuit here on Monday accusing the Organization of the Petroleum Exporting Countries of price fixing.

"It's now quite obvious that what they're doing is intentional," he said. "What they're trying to do is bring Western economies to their knees. It's extremely clever."

Mr. Klayman said OPEC countries like Saudi Arabia and Venezuela in particular hoped to extract concessions from the United States by highlighting America's energy vulnerabilities. With Democrats likely to benefit on Election Day, he said, he sued, arguing OPEC has violated American antitrust laws, partly to goad Republicans to action.

"This is going to cost them the election," he said. "We haven't seen an economy this bad since Jimmy Carter."

Mr. Klayman, 56, made a name for himself as the founder of Judicial Watch, a conservative group that filed at least 18 suits against the Clinton administration in the 1990s contending cover-ups. More recently, he sued Vice President Dick Cheney, demanding the release of records of his energy group. The Supreme Court backed up executive privilege in the case.

This time, Mr. Klayman has more friends on the left than the right. Last month, House Democrats passed a bill to allow the government to sue OPEC for conspiring to manipulate the world oil prices. Many Republicans have avoided such an action.

Representative K. Michael Conaway, Republican of Texas, warned suits against OPEC could inspire harsh retaliation that "may even limit the availability of gasoline to the United States."

Mr. Klayman said he was not surprised by the response. In his view, the government has abdicated its responsibility on energy, leaving citizens no option other than to sue.

"A lot of these politicians are in bed with the Saudi royal family," he said. "It's time to take the kid gloves off."

OPEC did not respond to requests for comment.

More Articles in US »

---

SIGN IN TO E-MAIL OR SAVE THIS
PRINT
REPRINTS
SHARE

ARTICLE TOOLS SPONSORED BY
VISIT THE BLOG

## Politics E-Mail

Keep up with the 2008 presidential election with the daily Politics e-mail newsletter.

Sign Up

See Sample | Privacy Policy



ONLINE PROGRAMS:
Information Technology
Marketing
Visual Communication
Business Administration
Criminal Justice
MORE PROGRAMS

AMERICAN INTERCONTINENTAL UNIVERSITY

Advertise on NYTimes.com

## MOST POPULAR

E-MAILED | BLOGGED | SEARCHED

1. David Brooks: The Great Seduction
2. Yes, Dear. Tonight Again.
3. Loyal to Its Roots
4. Well: Gay Unions Shed Light on Gender in Marriage
5. Apple Aims for the Masses With a Cheaper iPhone
6. Op-Ed Contributor: Sardines With Your Bagel?
7. Report Takes Aim at 'Model Minority' Stereotype of Asian-American Students
8. Border Crossings: Spain, Like U.S., Grapples With Immigration
9. The Food Chain: Worries Mount as Farmers Push for Big Harvest
10. Doctors Miss Cultural Needs, Study Says

Go to Complete List »



TECH
nytimes.com/tech

More Articles in US »

Need to know more? 50% off home delivery of The Times.

**Tips**

To find reference information about the words used in this article, double-click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

**Past Coverage**

Senators Sharply Question Oil Officials (May 22, 2008)
OPEC Offers Little Hope On Fuel Prices (May 21, 2004)
Court Won't Reconsider Tax Ruling in Favor Of Texaco (April 22, 1997)

**Related Searches**

| | |
|---|---|
| Organization of Petroleum Exporting Countries | Add Alert |
| Suits and Litigation | Add Alert |
| Oil (Petroleum) and Gasoline | Add Alert |
| Prices (Fares, Fees and Rates) | Add Alert |

**Icahn wants new chief for Yahoo**

Also in Tech:
Do you suffer from ALFS?
Will New York taxes hurt Amazon's sales?
When everyone wants to be your friend

ADVERTISEMENTS

In a world of second opinions, get the facts first.

All the news that's fit to personalize.

Which movies do the Critics recommend?

**Need to know more?**
Get 50% off home delivery of The Times.

Ads by Google                    what's this?

**Free HP White Paper**

Increase Availability & Protection Learn About HP's iSCSI Solutions

www.hp.com

**INSIDE NYTIMES.COM**

| MUSIC » | TECHNOLOGY » | OPINION » | HEALTH » | OPINION » | POLITICS » |
|---|---|---|---|---|---|
|  |  | Campaign Stops Ron Klain offers praise for the Democratic nomination process. |  |  |  |
| Lil Wayne's Road to Pop | Apple Unveils a Faster, Cheaper iPhone | | Anticipating the Future to 'See' the Present | Op-Ed Contributor: Will Peace Take Flight? | Millions in Campaign Debt and Limited Options |

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Automobiles | Back to Top

Copyright 2008 The New York Times Company | Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Site Map



## SAVING JUDICIAL WATCH - A NATIONAL TREASURE!

### Cleaning Up Corruption From Within My "Own" Organization

[Home](#)

[Peter Paul complaint with exhibits](#) (pdf)

[SJW Victory Ad](#) (pdf)

[Fitton loses court decision](#) (pdf)

[Klayman vs. Fitton complaint](#) (pdf)

[Founder Sues Judicial Watch Pres. Tom Fitton](#)

[Articles](#)

[Donate](#) (not tax deductible)

[Contact](#)



In 1994, almost twelve years ago, I conceived of and founded Judicial Watch to be the nation's "True Independent Counsel." This was a novel idea -- one that was long overdue -- for the country's so called Department of Justice had stopped representing the interests of the American people. Instead, it mostly just helped feather the nest of the Washington political and legal elites, covering up crimes from Watergate to Chinagate to the current scandal over illegal wiretapping of American citizens. As a former Justice Department prosecutor, I had experienced this all too well. Those on the "right" side of the fence get off scot free, while ordinary folk, without financial or political power, get the shaft.



**"...a major force in Washington."**
- *National Journal* ( 6/24/02)

Over the years, and under my leadership, Judicial Watch grew into the leading public interest ethics watchdog, here and around the world. I held both Democrats and Republicans alike to the rule of law, so much so that the prestigious *National Journal* called me "a major force in Washington" and "the major public interest litigator at this time."

In 2003, I left Judicial Watch to run for the U.S. Senate in Florida. My idea was to take the concept of Judicial Watch right inside the government itself, and like a Trojan Horse, fight corruption from within.

Now, I face an even bigger challenge -- Saving Judicial Watch! After I left Judicial Watch, we were betrayed by those who we had trusted to lead the organization. As explained in a complaint that I was forced to file, they lied to donors and supporters, misused their monies, failed to honor their agreement with me, and disparaged my name and reputation, all in a selfish power grab. And since I left, the energy, creativity and success of the organization has dwindled down to almost nothing, with one defeat after another in cases that I had filed to clean up corruption in government and the legal systems.

Not only have the donors and supporters of Judicial Watch been served badly, but the financial condition of Judicial Watch has worsened to the point where, if this keeps up, there will be no Judicial Watch in two or four years. The current leadership is effectively writing checks to itself, until the considerable monies which we previously raised to clean up corruption run dry.

I thus have been forced to step in to save "my baby," the only public interest group that, without fear, had the guts to do what was right for the American people. Read the complaint posted on this website and please support me in **Saving Judicial Watch**. We have too many good things to accomplish together, in bringing our country back to honest and decent government, to let Judicial Watch be killed by those who would use it for their own personal agenda.

I need your support to save Judicial Watch for you and other supporters! The country needs a forceful and ethical Judicial Watch to keep government and the legal system honest!

Sincerely,

*Larry Klayman*

©2007 Saving Judicial Watch