IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER F. PAUL,

    Plaintiff,

v.                                 Civil Action No. 1:07-cv-00279-RCL
                                       Honorable Royce C. Lamberth

JUDICIAL WATCH, INC., *ET AL.*

    Defendants.

## **ORDER**

      Upon consideration of the Motion for Extension of Time filed by Plaintiff's Counsel, Defendants' opposition thereto, and the entire record herein, it is this 18th day of June 2008,

      ORDERED that the motion is hereby GRANTED, but no further extension will be granted absent demonstrated exceptional circumstances.  It is further

      ORDERED that plaintiff shall have until and including June 19, 2008, to respond to defendants' motion to disqualify counsel.

      SO ORDERED.


                                          _____/s/_____
                                          Honorable Royce C. Lamberth
                                          Judge, United States District Court

cc:     Copies to all counsel