UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER F. PAUL,<br><br>    Plaintiff,<br><br>v.<br><br>JUDICIAL WATCH, INC, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-279 (RCL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Now comes before this court defendants' Motion to Disqualify Opposing Counsel [Klayman] [21]. Upon consideration of defendants' motion [21], plaintiff's opposition [29], plaintiff's supplemental memorandum [30] and defendants' reply [31], all applicable law and the entire record herein, it is hereby

ORDERED that defendants' Motion to Disqualify Opposing Counsel [21] is GRANTED; and it is further

ORDERED that Larry E. Klayman and the Klayman Law Firm, P.C. are herby disqualified from representing plaintiff Peter Paul in this litigation.

   SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, July 16, 2008.